Case 3:04-cv-01844-R Document 6 Filed 05/25/05 Page 1 of 1 PageID 18

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 2 5 2005

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HOWARD ROBINSON, JR., et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 3:04-CV-1844-R |
| v. | § | |
| | § | |
| CITIFINANCIAL MORTGAGE COMPANY, INC., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, the Court is of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, this case is DISMISSED without prejudice.

It is so ORDERED.

SIGNED this 25 day of May, 2005.

_____
JERRY BUCHMEYER
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS